IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DEXTER JAMAR BYRD,            )
                              )
            Plaintiff,        )
                              )
     v.                       )    1:21CV441
                              )
OFFICER CANITY,               )
                              )
            Defendant.        )
```

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on October 5, 2021, was served on the parties in this action. (Docs. 3, 4.) Plaintiff objected to the Recommendation. (Doc. 5.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

/s/   Thomas D. Schroeder
United States District Judge

November 15, 2021